UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ZAKII TAWWAB WAHIID,
   Plaintiff,

vs.                   No. 04-1271

SCOTT DEMPSEY, et al.,
   Defendants.

## ORDER

This cause is before the court on plaintiff's motions to voluntarily dismiss his lawsuit. [d/e 12, 22]. The plaintiff states no reason for his motion, but asks that the court immediately dismiss his lawsuit.

IT IS THEREFORE ORDERED that the plaintiff's motions to voluntarily dismiss this case are granted. [d/e 12, 22] The case is dismissed without prejudice.

IT IS FURTHER ORDERED that defendants' motion for summary judgement is denied as moot. [d/e 18]

IT IS FURTHER ORDERED that the agency having custody of the plaintiff is directed to remit the docketing fee of $150.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $150.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $150.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $150.00.

Ultimately, the plaintiff is responsible for ensuring the $150.00 filing fee is paid to the clerk of the court even though his case has been dismissed. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full. The plaintiff is FURTHER ORDERED to notify the clerk of the court of a change of address and phone number within seven days of such change.

The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

Entered this __12th_____ day of September, 2006.


**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE